GEORGE C. ANDREWS, RESPONDENT, *v.* PRENTICE D.
CHEENEY, IMPLEADED, APPELLANT.

Order and interlocutory judgment reversed, with costs of de-
murrer and of the appeal; and judgment ordered for the defendant

on said demurrer, with leave to plaintiff to withdraw the demurrer on payment of said costs, within twenty days.